**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1257**

In re:  JAMES RIFFIN,

                Debtor,

-----------------------------------

JAMES RIFFIN,

                Debtor – Appellant,

        v.

PATAPSCO BANK

                Creditor – Appellee,

MARK J. FRIEDMAN

                Trustee.


Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Catherine C. Blake, District Judge.
(1:11-cv-03203-CCB)


Submitted:  July 26, 2012            Decided:  August 1, 2012


Before MOTZ, DAVIS, and FLOYD, Circuit Judges.


Affirmed by unpublished per curiam opinion.

James Riffin, Appellant Pro Se.  Robert S. Glushakow, NOLAN, PLUMHOFF & WILLIAMS, CHARTERED, Towson, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Riffin appeals the district court's orders: (1) granting the Appellee's unopposed motion to dismiss Riffin's appeal from the bankruptcy court's order; and (2) denying his motion for reconsideration of that order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Riffin v. Patapsco Bank (In re James Riffin), No. 1:11-cv-03203-CCB (D. Md. Nov. 10, 2011; Jan. 25, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED